IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANGELOS WASHINGTON, # 276773,<br><br>    Plaintiff,<br><br>v.<br><br>THE STATE OF TENNESSEE, ET AL.,<br><br>    Defendants. | Case No. 1:24-cv-00146<br><br>JURY TRIAL DEMANDED<br><br>Judge Charles E. Atchley, Jr.<br><br>Magistrate Judge Christopher H. Steger |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, Sergeant Jason Munsey, Officer Austin Lawson, and Officer Edward Hooten (collectively, "Defendants"), by and through the Office of the Tennessee Attorney General and Reporter, respectfully move this Honorable Court to dismiss this case pursuant to Rule 56 of the Federal Rules of Civil Procedure. Summary judgment is appropriate because the undisputed material facts show that as a matter of law, Plaintiff's use of force claim must fail. Plaintiff never fully grieved the alleged excessive use of force and thus failed to exhaust his administrative remedies as required under the Prison Litigation Reform Act. 42 U.S.C. § 1997(e)(a).

A Memorandum of Law, Statement of Material Facts, and Declaration of Ariel Mace (with exhibits) are being filed contemporaneously in support of this Motion.

Respectfully submitted,

**JONATHAN SKRMETTI**
**ATTORNEY GENERAL AND REPORTER**

*s/ Toni-Ann M. Dolan*
TONI-ANN M. DOLAN, BPR # 040020
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-6739
toni-ann.dolan@ag.tn.gov

*Counsel for Defendants Sgt. Munsey,
Officer Lawson, and Officer Hooten*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **Defendants' Motion for Summary Judgment** has been electronically filed with this Court and mailed by first class mail, postage prepaid on this the 5th day of July, 2024 to:

Angelos Washington, # 276773
Morgan County Correctional Complex
P.O. Box 2000
Wartburg, TN 37887
*Pro se Plaintiff*

*s/ Toni-Ann M. Dolan*
TONI-ANN M. DOLAN

2